**Nicholas J. CURTIS, Plaintiff-Appellant, v. UTAH FUEL CO. et al., Defendants-Appellees.**

**No. 8027.**

Circuit Court of Appeals, Third Circuit.

Argued Oct. 22, 1942.

Decided Dec. 7, 1942.

Nicholas J. Curtis, of Trenton, N. J., pro se.

H. Collin Minton, Jr., of Trenton, N. J., Zar E. Hayes, Asst. Atty. Gen., of Utah, Grover A. Giles, Atty. Gen., of Utah, and H. Brua Campbell, of New York City, for appellees Frederick Dunn, A. C. Callister, E. D. Smith, Charles E. Mabey, and William D. Sutton.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

For the reasons sufficiently set forth in the memorandum opinion of Judge Walker filed November 19, 1941, D.C., 2 F.R.D. 570, the orders of the district court from which the plaintiff has appealed are affirmed.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. PEQUANOC RUBBER CO., Respondent.**

**SOFT RUBBER WORKERS, Inc., Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

**Nos. 8182, 8190.**

Circuit Court of Appeals, Third Circuit.

Submitted Jan. 5, 1943.

Decided Jan. 11, 1943.

Robert H. Kleeb, of Philadelphia, Pa. (Robert B. Watts, Gen. Counsel, Ernest A. Gross, Associate Gen. Counsel, Howard Lichtenstein, Asst. Gen. Counsel, and David Findling, and Thomas B. Sweeney, Attys., National Labor Relations Board, all of Washington, D. C., on the brief), for the Board.

King & Vogt, of Morristown, N. J., for Pequanoc Rubber Co.

John F. Dumont, of Little Falls, N. J., for Soft Rubber Workers.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the Labor Board will be enforced. The petition of Soft Rubber Workers, Inc., may be withdrawn in accordance with the stipulation dated December 21, 1942.

■

■

**William C. SHERMAN, Katherine M. Sherman, and Wellmore B. Turner, Executors of the Estate of John Q. Sherman, Deceased, Plaintiffs-Appellants, v. AMERICAN TELEPHONE & TELEGRAPH COMPANY, Defendant-Appellee.**

**No. 47.**

Circuit Court of Appeals, Second Circuit.

Dec. 29, 1942.

Allen & Allen and Marston Allen, all of Cincinnati, Ohio, and Cooper, Kerr & Dunham, of New York City (Marston Allen, of Cincinnati, Ohio, Thomas J. Byrne, of New York City, and Jos. W. Hatfield, of Dayton, Ohio, of counsel), for plaintiffs-appellants.

James W. Schmied, of New York City (Russell C. Terry, of New York City, of counsel), for defendant-appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Judgment, 38 F.Supp. 360, affirmed on opinion below.